**The People of the State of Illinois ex rel. Joseph Lamoreaux, defendant in error, v. City of Chicago et al., plaintiffs in error. Gen. No. 30,810.**

Petition for mandamus to require city officials to sign warrants to pay relator's judgment or levy tax therefor. Order that writ issue. Error to the Superior Court of Cook county; the Hon. Worth E. Caylor, Judge, presiding. Heard in the second division of this court

for the first district at the March term, 1926.    Reversed and remanded.    Opinion filed December 21, 1926.

Francis X. Busch, Corporation Counsel, for plaintiffs in error; Leon Hornstein and James I. McCarthy, Assistant Corporation Counsel, of counsel.    A. A. Worsley, for defendant in error.

Mr. Justice Fitch delivered the opinion of the court.